UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                      Case No. 2:16–cr–20593–GAD–DRG
                                      Hon. Gershwin A. Drain

Editha Manzano, et al.,

          Defendant(s),

_____/

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Editha Manzano

The defendant(s) shall appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  May 10, 2018 at 10:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/T Bankston
                                           Case Manager

Dated:  May 3, 2018